1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RODNEI FRAZIRER,

11            Plaintiff,                      No. CIV S-05-1527 MCE KJM P

12        vs.

13    THE DEPT. OF CORRECTIONS, et al.,

14            Defendants.              FINDINGS AND RECOMMENDATIONS

15    _____/

16            By an order filed August 5, 2005 plaintiff was ordered to file an affidavit in

17    support of his request to proceed in forma pauperis or submit the appropriate filing fees within

18    thirty days and was cautioned that failure to do so would result in a recommendation that this

19    action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to

20    the court's order.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21    without prejudice.

22            These findings and recommendations are submitted to the United States District

23    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24    days after being served with these findings and recommendations, any party may file written

25    objections with the court and serve a copy on all parties.  Such a document should be captioned

26    "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1

1 | shall be served and filed within ten days after service of the objections.  The parties are advised

2 | that failure to file objections within the specified time may waive the right to appeal the District

3 | Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4 | DATED:  October 25, 2005.

5

6 | _____
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11 | /kf
fraz1527.fifp

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26