IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI FRAZIER

    Plaintiff,                                No. CIV S-05-1527 MCE KJM P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

_____/   <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. §1983. On October 26, 2005, the court recommended that this action be dismissed for plaintiff's failure to file an application to proceed in forma pauperis. Plaintiff filed a request to proceed in forma pauperis on November 16, 2005. Therefore the court will vacate the October 26, 2005 findings and recommendations.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $00.46 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff's August 19, 2005 amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of Eighth Amendment claims against defendant Halverson and Moreno, and his First Amendment claim against defendants Prebula. With respect to the remainder of the claims and defendants identified in plaintiff's amended complaint, the complaint fails to state a claim upon which relief can be granted. Therefore, the court will order service of process only upon defendants Halverson, Moreno and Prebula.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's October 26, 2005 findings and recommendations are vacated.

2. Plaintiff's request for leave to proceed in forma pauperis is granted.

3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is assessed an initial partial filing fee of $00.46. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

4. Service is appropriate for defendants Halverson, Moreno and Prebula.

5. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed on August 19, 2005.

/////
/////
/////
/////

1   6. Within thirty days from the date of this order, plaintiff shall complete the
2   attached Notice of Submission of Documents and submit the following documents to the court:
3       a. The completed Notice of Submission of Documents;
4       b. One completed summons;
5       c. One completed USM-285 form for each defendant listed in number 4
6       above; and
7       d. Four copies of the endorsed amended complaint filed August 19, 2005.
8       7. Plaintiff need not attempt service on defendants and need not request waiver of
9   service.  Upon receipt of the above-described documents, the court will direct the United States
10  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11  without payment of costs.
12  DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

1
fraz1527.1(11.16.05)

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI FRAZIER,

      Plaintiff,                              No. CIV-S-05-1527 MCE KJM P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,    NOTICE OF SUBMISSION

      Defendants.                         OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __3__    completed USM-285 forms

      __4__    copies of the August 19, 2005 Amended Complaint

DATED:

                                                  Plaintiff