1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODNEI FRAZIER,                          No. 2:05-cv-01527-MCE-KJM-P

12            Plaintiff,

13      v.                                    ORDER

14   DEPARTMENT OF CORRECTIONS, et al.,

15            Defendants.

16   _____/

17        On April 26, 2007, plaintiff filed a document titled "motion to add additional defendants"

18   which the court construes as a motion for reconsideration of the magistrate judge's  March 16,

19   2007 order.  Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no

20   reconsideration thereof is sought from the Court within ten court days . . . from the date of

21   service of the ruling on the parties."  E.D. Local Rule 72-303(b).  Plaintiff's request for

22   reconsideration is therefore untimely.

23   /////

24   /////

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 26, 2007 "motion to add

2  additional defendants" is denied.

3    Dated:  May 14, 2007

4

5                                    MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26