IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEI FRAZIER,** | 2:05-CV-1527 MCE KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

GOOD CAUSE appearing, Defendants' request for an extension of time to file a responsive pleading to Plaintiff's complaint is GRANTED. Defendants will have up to and including October 16, 2007, to file a responsive pleading.

IT IS SO ORDERED.

DATED: September 14, 2006.

_____
U.S. MAGISTRATE JUDGE

1