IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEI FRAZIER,** | 2:05-CV-1527 MCE KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

The parties to this matter have advised the Court that Plaintiff's lawsuit may be resolved by way of mediation and request additional time to participate in mediation set for September 10, 2008 at 1:30 p.m.  Accordingly, the Court's Scheduling Order of October 18, 2007, is vacated.  All pretrial deadlines and the trial date are vacated.  The Court will issue a new Scheduling Order if necessary.  The parties shall inform the court of the result of the September 10, 2008 mediation within five days thereof.

Dated: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1