EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
KENNETH R. WILLIAMS, State Bar No. 73170
Supervising Deputy Attorney General
STANTON W. LEE, State Bar No. 203563
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-9921
 Fax: (916) 324-5205
 Email: stanton.lee@doj.ca.gov

Attorneys for Defendants Halverson, Moreno, and Prebula

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RODNEI FRAZIER,**<br><br>                                        Plaintiff,<br><br>        v.<br><br>**CDCR, et al.,**<br><br>                                        Defendants. | 2:05-CV-1527 MCE KJM P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Rodnei Frazier (CDCR No. J-53311), plaintiff in this matter, stipulates to dismiss this

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER

1

1  entire action, with prejudice.  The parties have entered into a settlement agreement.  By entering
2  into this stipulation Defendants do not admit to liability or any of the allegations in the
3  complaint.

5  Dated: 01/02/09            By: */s/ Rodnei Frazier*
                                   Rodnei Frazier, (CDCR No. J-53311)
6                                  Plaintiff

7  Approved as to form and content:

9  Dated: 01/06/09            By: */s/ William Schmidt*
                                   William Schmidt
10                                 Law Offices of William L. Schmidt,
                                   Attorney for Plaintiff

12 Dated: 07/29/09            By: */s/ Stanton W. Lee*
13                                 Stanton W. Lee
                                   Deputy Attorney General,
14                                 Attorney for Defendants

17         **IT IS ORDERED THAT THIS MATTER BE DISMISSED WITH PREJUDICE**
18 Dated: July 30, 2009.

                                   _____
                                   U.S. MAGISTRATE JUDGE

22 05cv1527.p.o.0730.wpd
   SA2007303361

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER